# Holland & Knight

195 Broadway | New York, NY 10007 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Alan D. Reitzfeld
212 513 3400
alan.reitzfeld@hklaw.com

May 29, 2009

<u>Via Telefax</u>
Honorable Harold Baer
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York  10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 5-29-09

      Farberware Licensing Company, LLC v. Meyer Marketing Co., Ltd. et al.,
      Docket No. 09-CV-2570 (HB) (MHD)

Dear Judge Baer:

      We are local counsel for defendants Meyer Corporation, U.S. and Meyer Intellectual Properties Limited ("Meyer") in the above-captioned matter.

      We are writing to respectfully request a brief extension until Tuesday, June 2, 2009, on or before 5:00 pm (Eastern Time), to serve defendants' Answer in this case. I understand that lead counsel for Meyer has contacted plaintiff's counsel, Christopher J. Sovak, Esq., and that Mr. Sovak has no objection to the requested extension. Pursuant to Your Honor's May 14, 2009 Opinion & Order, defendants' answer would otherwise be due today.

      Due to the intervening holiday, and the length of the Complaint (78 pages, containing 510 paragraphs), this brief extension is respectfully requested. Pursuant to Your Honor's Individual Practices, a copy of the docket report is attached.

*Extension to 6/2 at 5pm granted.*

Respectfully submitted,

SO ORDERED:

HOLLAND & KNIGHT LLP

Alan D. Reitzfeld

Harold Baer, Jr., U.S.D.J.
Date: _____

cc:    Dean A. Dickie, Esq., Dykema
      Christopher J. Sovak, Esq., Bushell, Sovak, Ozer & Gulmi LLP
      Renée Zipprich, Esq., Dykema

Atlanta · Bethesda · Boston · Chicago · Fort Lauderdale · Jacksonville · Los Angeles
Miami · New York · Northern Virginia · Orlando · Portland · San Francisco
Tallahassee · Tampa · Washington, D.C. · West Palm Beach
Abu Dhabi · Beijing · Caracas* · Mexico City · Tel Aviv* · *Representative Office