# EXHIBIT A (Part 2)

SCHEDULE I

## Definitions, Interpretation and Construction

1.1  Definitions.  As used in the License Agreement (as hereinafter defined) the following terms have the following meanings:

"Agreement" means the Agreement dated May 3, 1996, by and among Syratech Corporation ("Parent"), Licensor and Licensee pursuant to which the License Agreement is being executed and delivered.

"Asset Purchase Agreement" means the Asset Purchase Agreement, dated February 2, 1996, by and between the Company, Licensor, Parent and LHC pursuant to which Licensor acquired, inter alia, the Intellectual Property Rights, a portion of which are being licensed to the Licensee pursuant to the License Agreement.

"Company" means Bruckner Manufacturing Corp., a Delaware corporation formerly known as Farberware Inc.

"Cookware and Bakeware Products" means non-electric pots, pans, grills (other than outdoor grills and grills of the types pictured on pages 44 and 45 of LHC's Current Farberware Catalogue), griddles, kettles (but only those made of stainless steel, regular aluminum or anodized aluminum), woks, rotisseries (other than electrified or outdoor rotisseries), steamers and other vessels, containers, receptacles and devices (other than coffee urns) of all kinds and materials (including glass and ceramic cookware but excluding glass and ceramic bakeware or other food preparation items similar to those marketed, or generally known, as "Pyrex" products and also excluding disposable cookware and bakeware products made from aluminum foil and/or similar materials) for use in the preparation of baked, barbecued, boiled, fried, grilled, roasted, steamed and other cooked foods at home (as distinguished from the commercial, industrial and/or institutional preparation thereof).  Notwithstanding the foregoing limitations of the definition of "Cookware and Bakeware Products," such definition shall include commercial, industrial and institutional size pots, pans (including baking pans) and roasters and shall also include the non-electrified bodies of those frying pans, griddles and woks heretofore electrified by the Company and marketed by the Company as electric frying pans, electric griddles and electric woks; but nothing in this definition shall permit the Licensee to electrify any of such items or to market any electric frying pans, electric griddles, electric woks or any other Electric Products under the Farberware name and trademark.

"Electric Products Rights" means rights to use and exploit the Farberware name and trademark in connection with the sourcing, manufacture and/or distribution of "Electric Products," i.e., electrical items of all kinds (whether for home, commercial, industrial and/or institutional use and whether or not now invented or sold under the Farberware name), including, by way of illustration and without limitation, electric coffee makers, espresso machines, grinders of all kinds, juicers, mixers, blenders, food processors, deep fryers, corn poppers, toasters, toaster ovens, convection ovens, microwave ovens, hot plates, waffle and sandwich makers, bread makers, grills, griddles, frying pans, woks, warmers, can openers and other small electrical appliances, electric grooming aids, electric cleaning devices and other electric products of all kinds, excluding, however, electric pepper mills and major consumer appliances, such as refrigerators, clothes washers, clothes dryers, dishwashers and electric ranges.

"Existing Farberware Licenses" means Farberware Licenses heretofore granted by the Company (or any predecessor of the Company) that are valid and subsisting and includes, without limitation, the license agreements identified on the schedule annexed to the License Agreement as Schedule III.

"Farberware Business" means and includes manufacturing, importing, sourcing, marketing and distributing Cookware and Bakeware Products and certain electric products and the ownership and licensing of certain intellectual Property Rights.

"Farberware Licenses" means licenses to manufacture (and/or cause to be manufactured) and/or market products under and using the "Farberware" name and trademark and includes, without limitation, the Existing Farberware Licenses.

"Intellectual Property Rights" means all of the rights of the Licensor (which includes all of the rights owned by the Company and its subsidiaries immediately prior to the Closing under the Asset Purchase Agreement) in, and with respect to, the trademarks, trade names, service marks, copyrights (including applications for, rights to acquire and other rights with respect to, any of the foregoing), licenses, technology, know-how, trade secrets, franchises, authorizations (and all documentation relating to the foregoing) of the Licensor (which includes all of the rights that were owned by the Company and its subsidiaries immediately prior to the Closing under the Asset Purchase Agreement) used or heretofore proposed to be used by the Licensor or its predecessors in interest (including the

Company and its subsidiaries) in connection with the Farberware Business, including, without limitation, (i) the name "Farberware" and (ii) the patents, trademarks and copyrights included in the Sale Assets to the extent that such patents, trademarks and copyrights were effectively conveyed to the Licensor on the Purchase Date.

"Inventory" means all quantities of finished goods inventories (including wrapped goods) of Cookware and Bakeware Products, but shall not include raw materials or work in process.

"License Agreement" means the License Agreement, dated as of          , 1996 by and between Farberware Inc. (formerly known as Far-B Acquisition Corp.) ("Licensor") and Meyer Marketing Co. Ltd. ("Licensee") to which this Exhibit A is annexed.

"Licensed Intellectual Property Rights" means the Intellectual Property Rights (including trade names, trademarks, service marks, patents and copyrights) that are being licensed to the Licensee pursuant to the License Agreement.

"Licensee" has the meaning ascribed to that term in the definition of the License Agreement.

"Licensor" has the meaning ascribed to that term in the definition of the License Agreement.

"LHC" means Lifetime Hoan Corporation, a Delaware corporation.

"LHC's Current Farberware Catalogue" means the catalogue bearing the front cover inscription "FARBERWARE® Cutlery Kitchen Tools Gadgets Cutting Boards BBQ Accessories," consisting of a front cover, a back cover, four pages (marked i through iv) listing style numbers and product descriptions, and fifty pages (numbered 2 through 51) of product pictures, and having on the back cover thereof the following information inter alia:  Lifetime Hoan Corporation, Westbury, NY 11590 CAT. NO. ZYFW2CAT, which catalogue is currently being circulated by LHC.

"Lifetime License" means the License Agreement dated December 14, 1989 between the Company and Lifetime Cutlery Corp., as supplemented by letter, dated November 16, 1990, on Farberware Inc. stationery, addressed to Mr. Jeff Siegel and signed by Kevin O'Malley, as the same may be amended or replaced pursuant to the Agreement, dated as of February 2, 1996, by and among Parent, LHC and Seller.

"Marks" means trademarks and service marks.

"Meyer Marketing License" means the License and Distribution Agreement dated September 29, 1995 between the Company and Meyer Marketing Company, Ltd., as amended by side letter of even date therewith.

"Parent" has the meaning ascribed to it in the definition of Agreement

"Person" means any individual, corporation, partnership, firm, joint venture, association, joint-stock company, trust, unincorporated organization, governmental body or other entity.

"Purchase Date" means April 2, 1996, i.e., the date on which the purchase of the Sale Assets from the Company was completed.

"Sale Assets" means all Assets (as defined in the Asset Purchase Agreement) that were conveyed to Licensor pursuant to Section 1.1 of the Asset Purchase Agreement.

1.2   Interpretation.  In the License Agreement, unless a clear contrary intention dictates otherwise:

1.2.1   the singular number includes the plural number and vice versa;

1.2.2   reference to any Person includes such Person's successors and assigns but, if applicable, only if such successors and assigns are permitted by the terms of the applicable agreement; and reference to a Person in a particular capacity excludes such Person in any other capacity or individually;

1.2.3   reference to either gender includes the other gender;

1.2.4   reference to any agreement (including the License Agreement and the Schedules attached thereto), document or instrument means such agreement, document or instrument as amended or modified and in effect from time to time in accordance with the terms thereof and, if applicable, the terms of the License Agreement;

1.2.5   reference to any Law means as amended, modified, codified, replaced or re-enacted, in whole or in part, and in effect on the date of the License Agreement, including rules, regulations, enforcement procedures and any interpretations promulgated thereunder;

1.2.6   reference to any Article, Section, subsection, clause, Exhibit or Schedule means such Article,

Section, subsection or clause of the License Agreement or Schedule thereto;

1.2.7  "herein," "hereunder," "hereof," "hereto" and words of similar import shall be deemed references to the Agreement as a whole and not to any particular Article, Section, subsection, clause, Exhibit or Schedule attached thereto;

1.2.8  "including" (and with correlative meaning "include") means including without limiting the generality of any description preceding such term; and

1.2.9  the headings contained in the License Agreement (including the Exhibits and Schedules attached thereto) are for reference purposes only and shall not affect in any way the meaning or interpretation of the License Agreement.

1.3  Construction.  The parties have participated jointly in the negotiation and drafting of the License Agreement directly and through their respective counsel, i.e. Paul, Weiss, Rifkind, Wharton & Garrison, on behalf of Parent and Seller, and Baker & McKenzie, on behalf of Purchaser.  In the event an ambiguity or question of intent or interpretation arises, the License Agreement shall be construed as if drafted jointly by the parties, and no presumption or burden of proof shall arise favoring or disfavoring any party by virtue of the authorship of any provision of the License Agreement.

## SCHEDULE II

## INTELLECTUAL PROPERTY USED EXCLUSIVELY FOR
## NON-ELECTRIC COOKWARE AND BAKEWARE PRODUCTS

### TRADEMARKS

| MARK | GOODS | JURISDICTION | REGISTRATION NUMBER | APPLICATION NUMBER |
|------|-------|--------------|---------------------|--------------------|
| FARBERWARE | Household hollow wares made of metal, namely, colanders and casserole sets | USA | 804130 | -- |
| ADVANTAGE | Saucepans, saucepots, etc. | USA | 1226680 | -- |
| MILLENNIUM | Nonelectric cookware | USA | 1898138 | -- |
| NEVERSTICK | Cookware and bakeware | USA | 1743201 | -- |
| FARBERWARE CHANGES NON-STICK COOKWARE INTO NEVER-STICK COOKWARE | Cookware and bakeware | USA | -- | 74/071500 |
| NUTRIMASTER | Cookware | USA | 1819494 | -- |
| DECATHLON | Nonelectric cookware and bakeware for household use | USA | 1924653 | -- |
| FARBER | Nonelectric cookware and bakeware | USA | 1877200 | -- |
| CLASSICOTE | Cookware and bakeware having a nonstick coating | USA | -- | 74/478730 |
| SET BUILDERS | Cookware, namely nonelectric pots and pans | USA | 1900692 | -- |
| AMERICAN ESSENTIALS | Nonelectric cookware and bakeware | USA | -- | 74/525838 |
| NECESSITIES | Nonelectric cookware | USA | -- | 74/615755 |
| THERMAL INTELLIGENCE | Nonelectric cookware | USA | -- | 74/615769 |
| NEW DIMENSIONS | Aluminum nonstick cookware | USA | -- | 75/026506 |
| ALUMINAIRE | Cookware | USA | -- | 75/032838 |

| MARK | GOODS | JURISDICTION | REGISTRATION NUMBER | APPLICATION NUMBER |
|------|-------|--------------|---------------------|--------------------|
| VANGUARD 1000 | Cookware | USA | — | 75/032839 |
| CONTEM-PORARY COLONIAL COOKWARE | Cookware | USA | — | 75/032840 |
| COLONIAL COOKWARE | Cookware | USA | — | 75/032841 |
| [THERMAL INTELLIGENCE | [Not provided][7] | CANADA | — | 796,549] |
| FARBERWARE | Dutch ovens | GREAT BRIT | 876698 | — |
| ADVANTAGE | Saucepans, saucepots, saute pans, frypans, etc. | JAPAN | — | 06/119132 |
| GOURMETRIX | Nonelectric cookware | MEXICO | — | N/A |
| THERMAL INTELLIGENCE | Nonelectric cookware | MEXICO | — | 248446 |

---

[7]    The products are not listed in the printout we received from Farberware's intellectual property counsel, but if the products are the same as those for the corresponding U.S. mark, it belongs in the exclusive category.

---

SCHEDULE III

PATENTS

| TITLE | OWNER | JURISDICTION | SERIAL NO. | PATENT NO. |
|-------|-------|--------------|-----------|-----------|
| ELECTRICAL WATER HEATER AND DISPENSER | FARBERWARE, INC. | USA | 798951 | 4165681 |
| FOOD PROCESSOR | FARBERWARE, INC. | USA | 790509 | 4133188 |
| PERCOLATOR AND PARTITION PLATE HEATER ASSEMBLY THEREFOR | FARBERWARE, INC. | USA | 900361 | 4347928 |
| TEMPERATURE CONTROL APPARATUS FOR CONVECTION OVEN | FARBERWARE, INC. | USA | 369969 | 4458140 |
| COOKWARE AND METHOD OF MAKING THE SAME | FARBERWARE, INC. | USA | 403828 | 4511077 |
| COOKWARE BOTTOM WALL STRUCTURE | FARBERWARE, INC. | USA | 602308 | 4552284 |
| METHOD OF MAKING COOKWARE | FARBERWARE, INC. | USA | 723245 | 4613070 |
| FOOD COOKING APPARATUS | FARBERWARE, INC. | USA | 844025 | RE31833 |
| ELECTRIC CAN OPENER WITH VERTICAL HEIGHT ADJUSTMENT | FARBERWARE, INC. | USA | 850369 | D304286 |
| COMBINED COOKING AND STORAGE CONTAINER | FARBERWARE, INC. | USA | 847899 | D305086 |
| COMBINED COOKING AND STORAGE CONTAINER | FARBERWARE, INC. | USA | 847896 | D305393 |
| MICROWAVE BROWNING COOKWARE | FARBERWARE, INC. | USA | 848376 | 4701585 |
| HAND HELD CAN OPENER | FARBERWARE, INC. | USA | 822507 | D301432 |
| DRIP COFFEE MAKER FOR USE WITHIN A MICROWAVE OVEN | FARBERWARE, INC. | USA | 319447 | 4999466 |
| DRIP COFFEE MAKER FOR USE WITHIN A MICROWAVE OVEN | FARBERWARE, INC. | USA | 638914 | 5491322 |

| TITLE | OWNER | JURISDICTION | SERIAL NO. | PATENT NO. |
|---|---|---|---|---|
| BREWING APPARATUS | FARBERWARE, INC. | USA | 298584 | D325844 |
| COFFEE BREWER | FARBERWARE, INC. | USA | 07/363547 | D392419 |
| MICROWAVE DRIP COFFEE MAKER | FARBERWARE, INC. | USA | 07/399736 | 5434392 |
| ELECTRIC PEELER | FARBERWARE, INC. | USA | 07/086443 | D044420 |
| ROTARY COOKING DEVICE | FARBERWARE, INC. | USA | 336998 | 4450752 |
| ELECTRIC BARBECUE GRILL | FARBERWARE, INC. | USA | 543179 | D326030 |
| SLOW COOKER | FARBERWARE, INC. | USA | 07/837692 | ? |
| COOKWARE AND METHOD OF MAKING THE SAME | FARBERWARE, INC. | ASTL | 10545/83 | 539709 |
| METHOD OF MAKING COOKWARE | FARBERWARE, INC. | ASTL | 56033/86 | 561385 |
| BREWING APPARATUS | FARBERWARE, INC. | ASTL | 2328/89 | 108919 |
| COOKWARE AND METHOD OF MAKING THE SAME | KIDDE CONSUMER DURABLES CORPORATION | ATRA | A2578/83 | 393521 |
| PERCOLATOR AND PARTITION PLATE HEATER ASSEMBLY THEREFOR | FARBERWARE, INC. | BELG | 394824 | 875840 |
| COOKWARE AND METHOD OF MAKING THE SAME | FARBERWARE, INC. | BELG | 211270 | 897418 |
| ELECTRICAL WATER HEATER AND DISPENSER | FARBERWARE, INC. | CANA | 297305 | 1089523 |
| PERCOLATOR AND PARTITION PLATE HEATER ASSEMBLY THEREFOR | FARBERWARE, INC. | CANA | 312080 | 1071280 |
| TEMPERATURE CONTROL APPARATUS FOR CONVECTION OVEN | FARBERWARE, INC. | CANA | 337563 | 1167235 |
| COOKWARE AND METHOD OF MAKING THE SAME | FARBERWARE, INC. | CANA | 423832 | 1200705 |
| COOKING MACHINE | FARBERWARE, INC. | CANA | 4-05-84-8 | 54804 |
| ELECTRIC CAN OPENER WITH VERTICAL HEIGHT ADJUSTMENT | FARBERWARE, INC. | CANA | 3-10-86-4 | 55752 |

III-2

| TITLE | OWNER | JURISDICTION | SERIAL NO. | PATENT NO. |
|---|---|---|---|---|
| HAND HELD CAN OPENER | FARBERWARE, INC. | CANA | | |
| BREWING APPARATUS | FARBERWARE, INC. | CANA | 2-04-87-6 | 60902 |
| MICROWAVE DRIP COFFEE MAKER | FARBERWARE, INC. | CANA | 14-03-89. 11 | 65051 |
| BREWING APPARATUS | FARBERWARE, INC. | CHIN | 2009563-7 | -- |
| COOKWARE AND METHOD OF MAKING THE SAME | FARBERWARE, INC. | DENM | 8930150R. 3 | 4331 |
| MICROWAVE DRIP COFFEE MAKER | FARBERWARE, INC. | EPC | 548/83 | 156943 |
| OVEN | FARBERWARE, INC. | FRAN | 90300679. 8 | -- |
| FOOD PROCESSOR | FARBERWARE, INC. | FRAN | 112708 | 72659 |
| COOKWARE AND METHOD OF MAKING THE SAME | FARBERWARE, INC. | FRAN | FV40557 | 40557 |
| HAND HELD CAN OPENER | FARBERWARE, INC. | FRAN | 8301484 | 8301484 |
| BREWING APPARATUS | FARBERWARE, INC. | FRAN | 872100 | 872100 |
| BREWING APPARATUS | FARBERWARE, INC. | FRAN | 894602 | 894602 |
| PERCOLATOR AND PARTITION PLATE HEATER ASSEMBLY THEREFOR | KIDDE CONSUMER DURABLES CORPORATION | FRAN | 894603 | 894603 |
|  |  | GBRI | 7838610 | 2022970 |
| COOKWARE AND METHOD OF MAKING THE SAME | KIDDE CONSUMER DURABLES CORPORATION | GBRI | 8301169 | 2124474 |
| HAND-HELD CAN OPENER | FARBERWARE, INC. | GBRI | 3041372 | 1041372 |
| BEVERAGE MAKER | FARBERWARE, INC. | GBRI | 1060864 | 1060864 |
| COOKWARE AND METHOD OF MAKING THE SAME | FARBERWARE, INC. | GERW | P3327476. 2-43 | P332747 6.2 |
| ELECTRIC CANOPENER WITH VERTICAL HEIGHT ADJUSTMENT | KIDDE CONSUMER DURABLES CORPORATION | GERW | URA1290/ 86 | MR2662 2 |
| HAND HELD CAN OPENER | KIDDE CONSUMER DURABLES CORPORATION | GERW | URA556/8 3 | MR2759 1 |
| BREWING APPARATUS | FARBERWARE, INC. | GERW | M8904879 2 | M8904879 |

| TITLE | OWNER | JURISDICTION | SERIAL NO. | PATENT NO. |
|---|---|---|---|---|
| COOKWARE AND METHOD OF MAKING THE SAME | FARBERWARE, INC. | GREC | 22052 | 79598 |
| PERCOLATOR AND PARTITION PLATE HEATER ASSEMBLY | KIDDE CONSUMER DURABLES CORPORATION | HONG | -- | 915/85 |
| CONVECTION OVEN WITH A TEMPERATURE CONTROL APPARATUS | KIDDE CONSUMER DURABLES CORPORATION | HONG | -- | 869/1985 |
| COOKWARE AND METHOD OF MAKING THE SAME | KIDDE CONSUMER DURABLES CORPORATION | HONG | -- | 403/86 |
| A TEMPERATURE CONTROL APPARATUS FOR CONVECTION OVEN | FARBERWARE, INC. | ISRA | 64117 | 64117 |
| BREWING APPARATUS | FARBERWARE, INC. | ISRA | 15151 | 15151 |
| PERCOLATOR AND PARTITION PLATE HEATER ASSEMBLY | FARBERWARE, INC. | ITAL | 22066A/79 | 1182350 |
| COOKWARE AND METHOD OF MAKING THE SAME | FARBERWARE, INC. | ITAL | 22281A/83 | 1170183 |
| PERCOLATOR AND PARTITION PLATE HEATER ASSEMBLY THEREFOR | FARBERWARE, INC. | JAPA | 33421/79 | 1093333 |
| COOKWARE AND METHOD OF MAKING THE SAME | KIDDE CONSUMER DURABLES CORPORATION | JAPA | 334914/83 | 1502157 |
| MICROWAVE DRIP COFFEE MAKER | FARBERWARE, INC. | JAPA | 22272/90 | -- |
| BREWING APPARATUS | FARBERWARE, INC. | KORS | 9631/1989 | 307426 |
| COOKWARE AND METHOD OF MAKING THE SAME | KIDDE CONSUMER DURABLES CORPORATION | LUXE | 84935 | 84938 |
| BREWING APPARATUS | FARBERWARE, INC. | NEWZ | 22920 | 22920 |
| PERCOLATOR AND PARTITION PLATE HEATER ASSEMBLY THEREFOR | FARBERWARE, INC. | PORT | 68945 | 68945 |
| METHOD OF MAKING COOKWARE | FARBERWARE, INC. | SPAI | 554008 | 554008 |

III-4

| TITLE | OWNER | JURISDICTION | SERIAL NO. | PATENT NO. |
|---|---|---|---|---|
| COOKWARE AND METHOD OF MAKING THE SAME | FARBERWARE, INC. | SPAI | 324524 | 524584 |
| BREWING APPARATUS | FARBERWARE, INC. | SPAI | 119534 | 119534 |
| PERCOLATOR AND PARTITION PLATE HEATER ASSEMBLY THEREFOR | FARBERWARE, INC. | SWED | PAT79036 36 | PUB430 649 |
| COOKWARE AND METHOD OF MAKING THE SAME | FARBERWARE, INC. | SWED | PAT83041 91-3 | PUB456 893 |
| COOKWARE AND METHOD OF MAKING THE SAME | KIDDE CONSUMER DURABLES CORPORATION | SWIT | 4173/83-0 | 661395 |
| COOKWARE AND METHOD OF MAKING THE SAME | FARBERWARE, INC. | TAIW | 73102768 | NI.25368 |
| METHOD OF MAKING COOKWARE | FARBERWARE, INC. | TAIW | 73102768 A01 | 171457 |

TRADEMARKS

| MARK | OWNER | JURISDICTION | REGISTRATION NUMBER | APPLICATION NUMBER |
|---|---|---|---|---|
| TURBO-OVEN | FARBERWARE, INC. | USA | 992831 | — |
| FARBERWARE | FARBERWARE, INC. | USA | 681591 | — |
| FARBERWARE | FARBERWARE, INC. | USA | 806655 | — |
| FARBERWARE | FARBERWARE, INC. | USA | 804190 | — |
| OPEN HEARTH | FARBERWARE, INC. | USA | 734973 | — |
| FARBERWARE | FARBERWARE, INC. | USA | 1122167 | — |
| CONVECTION TURBO-OVEN | FARBERWARE, INC. | USA | 1157393 | — |

III-5

| MARK | OWNER | JURISDICTION | REGISTRATION NUMBER | APPLICATION NUMBER |
|------|-------|--------------|---------------------|--------------------|
| ADVANTAGE | FARBERWARE, INC. | USA | 1226590 | — |
| FARBERWARE | FARBERWARE, INC. | USA | 1410374 | — |
| FARBERWARE | FARBERWARE, INC. | USA | 1447147 | — |
| FARBERWARE | FARBERWARE, INC. | USA | — | ^ 74/062122 |
| FARBERWARE | FARBERWARE, INC. | USA | 1932199 | — |
| MICROBREW | FARBERWARE, INC. | USA | 1630851 | — |
| MICRO BREW | FARBERWARE, INC. | USA | 1118296 | — |
| ONLY FARBERWARE CAN MAKE IT | FARBERWARE, INC. | USA | 1606432 | — |
| MILLENNIUM | FARBERWARE, INC. | USA | — | ^ 74/051501 |
| MILLENNIUM | FARBERWARE, INC. | USA | 1819460 | — |
| MILLENNIUM | FARBERWARE, INC. | USA | 1898138 | — |
| NEVER-STICK | FARBERWARE, INC. | USA | 1743201 | — |
| FARBERWARE CHANGES NON-STICK COOKWARE INTO NEVER-STICK COOK- | FARBERWARE, INC. | USA | — | 74/071500 |
| ICE TEA EXPRESS | FARBERWARE, INC. | USA | 1775660 | — |
| FARBER PEEL | FARBERWARE, INC. | USA | 1897955 | — |
| FARBERSEAL | FARBERWARE, INC. | USA | 1783231 | — |

| MARK | OWNER | JURISDICTION | REGISTRATION NUMBER | APPLICATION NUMBER |
|---|---|---|---|---|
| NUTRIMASTER | FARBERWARE, INC. | USA | 1819494 | -- |
| CLASSIC SERVINGS | FARBERWARE, INC. | USA | 1805011 | -- |
| DECATHLON | FARBERWARE, INC. | USA | 1924653 | -- |
| FARBER | FARBERWARE, INC. | USA | 1897200 | -- |
| CLASSICOTE | FARBERWARE, INC. | USA | -- | ^74/478730 |
| SET BUILDERS | FARBERWARE, INC. | USA | 1900492 | -- |
| BACKSAVER | FARBERWARE, INC. | USA | 1949554 | -- |
| ^AMERICAN ESSENTIALS | FARBERWARE, INC. | USA | -- | 74/525838 |
| NECESSITIES | FARBERWARE, INC. | USA | -- | 74/615755 |
| CLASSIC SERIES | FARBERWARE, INC. | USA | -- | 74/535281 |
| PASTAPRO | FARBERWARE, INC. | USA | -- | 74/535282 |
| CHAR-B-Q (STYLIZED) | FARBERWARE, INC. | USA | 613163 | -- |
| ELECTRIC CHAR-B-QUE (STYLIZED & DESIGN (ELECTRICAL PLUG) | FARBERWARE, INC. | USA | 912893 | -- |
| CONTEMPRA | FARBERWARE, INC. | USA | 1673373 | -- |
| DESIGN (ROUND ELECTRIC GRILL) | FARBERWARE, INC. | USA | 1704523 | -- |
| DESIGN (RECTANGULAR ELECTRIC GRILL) | FARBERWARE, INC. | USA | 1725370 | -- |

| MARK | OWNER | JURISDICTION | REGISTRATION NUMBER | APPLICATION NUMBER |
|---|---|---|---|---|
| DESIGN (RECTANGULAR ELECTRIC GRILL) | FARBERWARE, INC. | USA | 1734617 | — |
| CHAR-B-Q (STYLIZED) | FARBERWARE, INC. | USA | 1827615 | — |
| HEALTHY GOURMET (THE) | FARBERWARE, INC. | USA | 1851074 | — |
| HEALTHY GOURMET (THE) BY CONTEMPRA & DESIGN (CHEF'S HEAD INC | FARBERWARE, INC. | USA | — | 74/423708 |
| THERMAL INTELLIGENCE | FARBERWARE, INC. | USA | — | 74/515767 |
| FIRE MARSHALL | FARBERWARE, INC. | USA | — | 74/594837 |
| ALL FIRE | FARBERWARE, INC. | USA | — | 74/603251 |
| GOURMETRIX (STYLIZED) | FARBERWARE, INC. | USA | — | 74/665939 |
| THERMALLY INTELLIGENT COOKWARE | FARBERWARE, INC. | USA | — | 74/665938 |
| MULTI-GRATER | FARBERWARE, INC. | USA | — | 74/666193 |
| CLASSICLEAN | FARBERWARE, INC. | USA | — | 74/686298 |
| NEW DIMENSIONS | FARBERWARE, INC. | USA | — | 75/026506 |
| ALUMINAIRE | FARBERWARE, INC. | USA | — | ^75/032838 |
| VANGUARD 1000 | FARBERWARE, INC. | USA | — | ^75/032839 |
| CONTEMPORARY COLONIAL COOKWARE | FARBERWARE, INC. | USA | — | ^75/032840 |
| COLONIAL COOKWARE | FARBERWARE, INC. | USA | — | ^75/032841 |

III-8

| MARK | OWNER | JURISDICTION | REGISTRATION NUMBER | APPLICATION NUMBER |
|---|---|---|---|---|
| CONVECTION TURBO-OVEN | FARBERWARE, INC. | ARGENTINA | 1109864 | — |
| FARBERWARE | FARBERWARE, INC. | ARGENTINA | 1107435 | — |
| FARBERWARE | FARBERWARE, INC. | ARGENTINA | 1104065 | — |
| FARBERWARE | FARBERWARE, INC. | AUSTRALIA | A214699 | — |
| FARBERWARE | FARBERWARE, INC. | AUSTRALIA | B169253 | — |
| FARBERWARE | FARBERWARE, INC. | AUSTRALIA | B169254 | — |
| OPEN HEARTH | FARBERWARE, INC. | AUSTRALIA | A159077 | — |
| FARBERWARE | FARBERWARE, INC. | AUSTRALIA | B399468 | — |
| FARBERWARE | FARBERWARE, INC. | AUSTRALIA | B399467 | — |
| FARBERWARE | FARBERWARE, INC. | AUSTRALIA | B404684 | — |
| MILLENIUM | FARBERWARE, INC. | AUSTRALIA | A553505 | — |
| MILLENIUM | FARBERWARE, INC. | AUSTRALIA | A553087 | — |
| MILLENIUM | FARBERWARE, INC. | AUSTRALIA | A605485 | — |
| FARBERPEEL | FARBERWARE, INC. | AUSTRALIA | A572702 | — |
| FARBERSEAL | FARBERWARE, INC. | AUSTRALIA | A572709 | — |
| FARBERWARE | FARBERWARE, INC. | AUSTRIA | 105517 | — |
| CONVECTION TURBO-OVEN | FARBERWARE, INC. | BENELUX | 515903 | — |
| FARBERWARE | FARBERWARE, INC. | BENELUX | 395531 | — |

III-9

| MARK | OWNER | JURISDICTION | REGISTRATION NUMBER | APPLICATION NUMBER |
|---|---|---|---|---|
| MICROBREW | FARBERWARE, INC. | BENELUX | 473044 | -- |
| MILLENIUM | FARBERWARE, INC. | BENELUX | 497759 | -- |
| MILLENNIUM | FARBERWARE, INC. | BENELUX | 897765 | -- |
| FARBERWARE | FARBERWARE, INC. | BRAZIL | 813438325 | -- |
| FARBERWARE | FARBERWARE, INC. | BRAZIL | 813438233 | -- |
| STAY CLEAR ACTION & DESIGN | FARBERWARE, INC. | CANADA | 200245 | -- |
| ^ OPEN HEARTH | FARBERWARE, INC. | CANADA | ^ TMA133696 | -- |
| ^ FARBERWARE | FARBERWARE, INC. | CANADA | ^ 199/50716 | -- |
| FARBERWARE MILLENIUM | FARBERWARE, INC. | CANADA | 418801 | -- |
| FARBERPEEL | FARBERWARE, INC. | CANADA | 409873 | -- |
| FARBERSEAL | FARBERWARE, INC. | CANADA | 409872 | -- |
| THERMAL INTELLIGENCE | FARBERWARE, INC. | CANADA | -- | 796,549 |
| CLASSICLEAR | FARBERWARE, INC. | CANADA | -- | ^ 798,704 |
| CONVECTION TURBO-OVEN | FARBERWARE, INC. | DENMARK | 1579-1983 | -- |
| FARBERWARE | FARBERWARE, INC. | DENMARK | 1939-1985 | -- |
| FARBERWARE | FARBERWARE, INC. | FINLAND | 82207 | -- |
| OPEN HEARTH | FARBERWARE, INC. | FRANCE | 1460223 | -- |
| ALL-AROUND GRIDDLE | FARBERWARE, INC. | FRANCE | 1708808 | -- |

III-10

| MARK | OWNER | JURISDICTION | REGISTRATION NUMBER | APPLICATION NUMBER |
|------|-------|--------------|---------------------|--------------------|
| CONVECTION TURBO-OVEN | FARBERWARE, INC. | FRANCE | 3193445 | — |
| FARBERWARE | FARBERWARE, INC. | FRANCE | 1249025 | — |
| MICROBREW | FARBERWARE, INC. | FRANCE | 1542349 | — |
| MILLENIUM | FARBERWARE, INC. | FRANCE | 1678333 | — |
| FARBERWARE | FARBERWARE, INC. | GREAT BRIT | 876697 | — |
| FARBERWARE | FARBERWARE, INC. | GREAT BRIT | 876698 | — |
| CONVECTION TURBO-OVEN | FARBERWARE, INC. | GREAT BRIT | B1168353 | — |
| FARBERWARE | FARBERWARE, INC. | GREAT BRIT | B1205914 | — |
| FARBERWARE | FARBERWARE, INC. | GREAT BRIT | B1205915 | — |
| FARBERWARE MILLENIUM | FARBERWARE, INC. | GREAT BRIT | B1425061 | — |
| FARBERWARE MILLENIUM | FARBERWARE, INC. | GREAT BRIT | B1425062 | — |
| MILLENIUM | FARBERWARE, INC. | GERMANY | 2029796 | — |
| FARBERWARE | FARBERWARE, INC. | W GERMANY | 674013 | — |
| FARBERWARE CONVECTION TURBO-OVEN | FARBERWARE, INC. | W GERMANY | 1045089 | — |
| FARBERWARE | FARBERWARE, INC. | W GERMANY | 1065973 | — |
| MICROBREW | FARBERWARE, INC. | W GERMANY | 1164528 | — |
| FARBERWARE | FARBERWARE, INC. | GREECE | 77282 | — |
| FARBERWARE | FARBERWARE, INC. | GREECE | 76060 | — |

| MARK | OWNER | JURISDICTION | REGISTRATION NUMBER | APPLICATION NUMBER |
|---|---|---|---|---|
| FARBERWARE | FARBERWARE, INC. | ISRAEL | 23462 | -- |
| FARBERWARE | FARBERWARE, INC. | ISRAEL | 57748 | -- |
| FARBERWARE | FARBERWARE, INC. | ISRAEL | 57840 | -- |
| OPEN HEARTH | FARBERWARE, INC. | ITALY | 494663 | -- |
| CONVECTION TURBO-OVEN | FARBERWARE, INC. | ITALY | 402065 | -- |
| FARBERWARE | FARBERWARE, INC. | ITALY | 417819 | -- |
| MILLENIUM | FARBERWARE, INC. | ITALY | 610847 | -- |
| FARBERWARE | FARBERWARE, INC. | JAPAN | 2023691 | -- |
| ADVANTAGE | FARBERWARE, INC. | JAPAN | | ^ 06/118192 |
| FARBERWARE | FARBERWARE, INC. | JAPAN | 1933794 | -- |
| FARBERWARE (KATAKANA) | FARBERWARE, INC. | JAPAN | 2529987 | -- |
| MILLENIUM | FARBERWARE, INC. | JAPAN | 2529988 | -- |
| MILLENIUM (KATAKANA) | FARBERWARE, INC. | JAPAN | 2529989 | -- |
| FARBERPEEL | FARBERWARE, INC. | JAPAN | 2691276 | -- |
| FARBERSEAL | FARBERWARE, INC. | JAPAN | 2691277 | -- |
| CONVECTION TURBO-OVEN | FARBERWARE, INC. | S. KOREA | 90752 | -- |
| FARBERWARE | FARBERWARE, INC. | MALAWI | 203/83 | -- |
| FARBERWARE | FARBERWARE, INC. | MALAWI | 204/83 | -- |

III-12

| MARK | OWNER | JURISDICTION | REGISTRATION NUMBER | APPLICATION NUMBER |
|------|-------|--------------|---------------------|--------------------|
| FARBERWARE | FARBERWARE, INC. | MEXICO | 442090 | -- |
| FARBERWARE | FARBERWARE, INC. | MEXICO | 435715 | -- |
| FARBERFEEL | FARBERWARE, INC. | MEXICO | 429189 | -- |
| FARBERSEAL | FARBERWARE, INC. | MEXICO | 423167 | -- |
| GOURMETRIX | FARBERWARE, INC. | MEXICO | -- | N/A |
| THERMAL INTELLIGENCE | FARBERWARE, INC. | MEXICO | -- | 243446 |
| FARBERWARE | FARBERWARE, INC. | NEW ZEALAN | B69536 | -- |
| FARBERWARE | FARBERWARE, INC. | NEW ZEALAN | B69535 | -- |
| FARBERWARE | FARBERWARE, INC. | NEW ZEALAN | 149651 | -- |
| FARBERWARE | FARBERWARE, INC. | NEW ZEALAN | 149652 | -- |
| FARBERWARE | FARBERWARE, INC. | NEW ZEALAN | 149653 | -- |
| FARBERWARE | FARBERWARE, INC. | NORWAY | 118836 | -- |
| FARBERWARE | FARBERWARE, INC. | PERU | -- | 286864 |
| FARBERWARE | FARBERWARE, INC. | PERU | -- | 286865 |
| FARBERWARE | FARBERWARE, INC. | PERU | -- | 286866 |
| FARBERWARE | FARBERWARE, INC. | PORTUGAL | 224160 | -- |
| FARBERWARE | FARBERWARE, INC. | PORTUGAL | 224161 | -- |
| FARBERWARE | FARBERWARE, INC. | PORTUGAL | 224162 | -- |

| MARK | OWNER | JURISDICTION | REGISTRATION NUMBER | APPLICATION NUMBER |
|---|---|---|---|---|
| FARBERWARE | FARBERWARE, INC. | PORTUGAL | 224163 | -- |
| FARBERWARE | FARBERWARE, INC. | S. AFRICA | B83/7434 | -- |
| FARBERWARE | FARBERWARE, INC. | S. AFRICA | B83/7485 | -- |
| FARBERWARE | FARBERWARE, INC. | S. AFRICA | B83/8346 | -- |
| FARBERWARE | FARBERWARE, INC. | SPAIN | 452855 | -- |
| CONVECTION TURBO-OVEN | FARBERWARE, INC. | SPAIN | 995517 | -- |
| FARBERWARE | FARBERWARE, INC. | SPAIN | 1054534 | -- |
| MILLENIUM | FARBERWARE, INC. | SPAIN | 1647799 | -- |
| MILLENIUM | FARBERWARE, INC. | SPAIN | 1647800 | -- |
| CONVECTION TURBO-OVEN | FARBERWARE, INC. | SWEDEN | 185270 | -- |
| FARBERWARE | FARBERWARE, INC. | SWEDEN | 301705 | -- |
| MICROBREW | FARBERWARE, INC. | SWEDEN | 225353 | -- |
| CONVECTION TURBO-OVEN | FARBERWARE, INC. | SWITZERLAN | 319496 | -- |
| FARBERWARE | FARBERWARE, INC. | SWITZERLAN | 326759 | -- |
| MICROBREW | FARBERWARE, INC. | SWITZERLAN | 373406 | -- |
| CONVECTION TURBO-OVEN | FARBERWARE, INC. | TAIWAN | -- | 84037400 |
| FARBERWARE | FARBERWARE, INC. | TAIWAN | 687366 | -- |
| MICROBREW | FARBERWARE, INC. | THAILAND | 348383 | -- |

III-14

| MARK | OWNER | JURISDICTION | REGISTRATION NUMBER | APPLICATION NUMBER |
|------|-------|--------------|--------------------|--------------------|
| MICROBREW | FARBERWARE, INC. | THAILAND | 148556 | -- |
| FARBERWARE | FARBERWARE, INC. | VENEZUELA | 121465-F | -- |
| FARBERWARE | FARBERWARE, INC. | VENEZUELA | 121938 | -- |
| FARBERWARE | FARBERWARE, INC. | VENEZUELA | 121466-F | -- |
| FARBERWARE | FARBERWARE, INC. | VENEZUELA | 121467-F | -- |
| FARBERWARE | FARBERWARE, INC. | VENEZUELA | 121939 | -- |
| FARBERWARE | FARBERWARE, INC. | VENEZUELA | 121468-F | -- |
| FARBERWARE | FARBERWARE, INC. | ZIMBABWE | B560/83 | -- |
| FARBERWARE | FARBERWARE, INC. | ZIMBABWE | B561/83 | -- |
| FARBERWARE | FARBERWARE, INC. | ZIMBABWE | B111/84 | -- |

COPYRIGHTS

| Name of Work | Owner | Registration Number |
|--------------|-------|---------------------|
| ECB-40 green tray | Farberware, Inc. | VAu 398-191 |
| ECB-40 radiator | Farberware, Inc. | VAu 398-194 |
| Small wheel spool roller | Farberware, Inc. | VAu 398-196 |
| ECB-40 Clamper grill | Farberware, Inc. | VAu 398-185 |
| Contra gas (metro plus) reservoir | Farberware, Inc. | VAu 398-186 |
| Charli gas gauge tray | Farberware, Inc. | VAu 398-188 |
| Charli gas burner | Farberware, Inc. | VAu 398-187 |

III-15

| ELB0040 Grill for ceramic cooker | Farberware, Inc. | VAu 198-189 |
|---|---|---|
| Char-b-que grill | Farberware, Inc. | VAu 198-193 |
| Char-b-que bowl | Farberware, Inc. | VAu 199-197 |
| Heating element | Farberware, Inc. | VAu 198-190 |
| 25016 Reflector | Farberware, Inc. | VAu 198-198 |
| 25027 Grease tray | Farberware, Inc. | VAu 198-195 |
| Char-b-que heat element support | Farberware, Inc. | VAu 198-192 |
| Ceramic char-b-que grill | Farberware, Inc. | VAu 183-512 |

LICENSES

1. License and Distribution Agreement dated September 29, 1995 by and between Farberware, Inc. and Meyer Marketing Company, Ltd. relating to the name "Farberware"

2. License and Distribution Agreement dated January 7, 1993 between Farberware, Inc. and Frye International Corporation relating to the name "Farberware"

3. License Agreement dated September 3, 1989 by and between Farberware, Inc. and Excel Cutlery, Inc. relating to the name "Farberware"

4. License Agreement dated December 14, 1989 by and between Farberware, Inc. and Lifetime Cutlery Corp. relating to the name "Farberware"

5. Dinnerware License Agreement by and between Farberware, Inc. and Excel Cutlery, Inc. dated July 15, 1995

6. Flatware License Agreement by and between Farberware, Inc. and Excel Cutlery, Inc. dated July 15, 1995

7. Glass Gift/Serve Ware License Agreement by and between Farberware, Inc. and Excel Cutlery, Inc. dated July 15, 1995

8. Glass Beverageware License Agreement by and between Farberware, Inc. and Excel Cutlery, Inc. dated July 15, 1995

9. Agreement between Farberware Inc. and Asanta Group Ltd. dated September 14, 1988 relating to royalty commissions

10. License Agreement by and between Farberware, Inc. and Creative Designs International Ltd. dated January 1, 1994 relating to the name "Farberware"