# EXHIBIT B



# COOKWARE.COM



 We Now Ship to Canada!

Athena 3 Quart Tea Kettle in Black                                Home | My Accounts |    **Shopping Cart ( 0 items )**

**SHOP BY ITEM**   **SHOP BY BRAND**   ★ **BEST SELLERS** ★   **SALES & PROMOTIONS**   **CUSTOMER SERVICE**

SEARCH: All Brands ▼ FOR [_____] GO!   ADVANCED SEARCH



Hassle Free Returns! Free Shipping! On Just About Everything!* *some exclusions apply

✉ Email this product to a friend        🖨 Printable Version

### PRODUCT DETAILS

**Farberware 72891 - Athena 3 Quart Tea Kettle in Black**

This product has no reviews - **Write A Review**

Perfect for boiling hot water, this tea kettle has a rubberized handle and a stay cool dot on the whistle. Founded over 100 years ago, the Farberware name has stood for value, quality and durability. This commitment to the customer continues to this day. All of the Farberware products are designed with the consumer in mind and manufactured to the highest standards... (See Full Description)

**OUR PRICE: $29.99**
Original Price: $39.99
**You Save: $10.00** (25%)
SKU #FBR1256
Seen this item for less?
**Usually ships in 3 to 5 days**

**Enlarge Image**

Manufacturer Details
Insights
Product Details
Weight & Dimensions
See Similar Products In
For Your Reference

**QUESTIONS? EMAIL US!**

Have any questions about this product? **Send us an email.**

**ALSO IN THIS COLLECTION**

The product you are viewing is part of **The Athena Collection**, from Farberware.

Other collection items include



Farberware 72889 - Athena 3 Quart Tea Kettle in White
$29.99

See all 2 items in this collection

Quantity: [1]   **ADD ITEM TO CART**

## MANUFACTURER DETAILS:



**Farberware** began in 1900 when S. W. Farber opened his workshop on Manhattan's Lower East Side. A master metal smith and inventor, Farber's company, **Farberware**, produces exceptional cookware, percolators, kitchen appliances and more.

Over... More on Farberware...

## INSIGHTS:

**Construction Quality**   what's this?
Economical •—•—●—•—• Premium

**Shipping Damage**   what's this?
Rarely •—●—•—•—• Occasionally

## PRODUCT DETAILS:

### Farberware 72891 - Athena 3 Quart Tea Kettle in Black
Part of the Athena collection (View full Athena collection)

Perfect for boiling hot water, this tea kettle has a rubberized handle and a stay cool dot on the whistle. Founded over 100 years ago, the Farberware name has stood for value, quality and durability. This commitment to the customer continues to this day. All of the Farberware products are designed with the consumer in mind and manufactured to the highest standards.

Features:
- Black exterior
- Corrosion resistance
- Pushbutton on spout lever for one-handed filling and pouring
- Stay-cool silicone handle
- Whistle signals when water boils

Specifications:
- 18/8 stainless steel construction
- Capacity: 3 quarts / 13 cups / 96 ounces
- Flared bell shape design

**RECENTLY VIEWED ITEMS**

Farberware 72891 - Athena 3 Quart Tea Kettle in Black
$29.99

## WEIGHTS & DIMENSIONS:

| Item: | Weight: | Dimensions: |
|---|---|---|
| Athena 3 Quart Tea Kettle in Black | Unavailable | Unavailable |

## SEE SIMILAR PRODUCT IN:

- The Athena Collection from Farberware
- View all products from View All Farberware
- View all Tea Kettles and Hot Pots

## PRODUCT REVIEWS:

Be the first to review this product. Write a Review

## FOR YOUR REFERENCE:

OUR SKU # FBR1256

| Customer Service | My Accounts |
|---|---|
| Contact Us | Sign In/Register |
| Shipping Policy | Shopping Cart |
| Orders to Canada | Order Status |
| Return Policy | Order History |
| Ordering Information | My Address Book |
| Our Guarantee | |
| | **Helpful Information** |





Case 1:09-cv-02570-HB-MHD   Document 68-4   Filed 06/02/09   Page 5 of 10



design by short noodle soup

# COOKWARE.COM



 We Now Ship to Canada!

Bella 2.5 Quart Tea Kettle in Garnet                             Home | My Accounts |    **Shopping Cart ( 0 items )**



SEARCH: [All Brands ▼] FOR [_____] [GO!]   **ADVANCED SEARCH**

**Hassle Free Returns! Free Shipping!**
On Just About Everything!*                              *some exclusions apply



Enlarge Image

✉ Email this product to a friend        🖨 Printable Version

**Farberware 72910 - Bella 2.5 Quart Tea Kettle in Garnet**

This product has no reviews - **Write A Review**

The Bella tea kettle is a great addition for any stovetop. Constructed of enamel over steel, the tea kettle is cool looking and quick heating. The whistle sounds when the water boils and the pour lever allows for one handed pouring and filling. Founded over 100 years ago, the Farberware... (See Full Description)

**OUR PRICE: $24.99**
Original Price: $32.99
**You Save: $8.00** (24%)
SKU #FBR1270
Seen this item for less?
**Usually ships in 3 to 5 days [Available 5/15/2009]**

Quantity: [1]    [ADD ITEM TO CART]

**PRODUCT DETAILS**

  Manufacturer Details
  Insights
  Product Details
  Weight & Dimensions
  See Similar Products In
  For Your Reference

**QUESTIONS? EMAIL US!**

Have any questions about this product? Send us an email.

**ALSO IN THIS COLLECTION**

The product you are viewing is part of The Bella Collection, from Farberware.

Other collection items include



Farberware 72909 - Bella 2.5 Quart Tea Kettle in White
$24.99

See all 2 items in this collection

**MANUFACTURER DETAILS:**



**Farberware** began in 1900 when S. W. Farber opened his workshop on Manhattan's Lower East Side. A master metal smith and inventor, Farber's company, **Farberware**, produces exceptional cookware, percolators, kitchen appliances and more.

Over... More on Farberware...

**INSIGHTS:**

Construction Quality    what's this?        Shipping Damage    what's this?
Economical ●—●—●—● Premium                  Rarely ●—●—●—● Occasionally

## PRODUCT DETAILS:

**Farberware 72910 - Bella 2.5 Quart Tea Kettle in Garnet**
Part of the Bella collection (View full Bella collection)

The Bella tea kettle is a great addition for any stovetop. Constructed of enamel over steel, the tea kettle is cool looking and quick heating. The whistle sounds when the water boils and the pour lever allows for one handed pouring and filling. Founded over 100 years ago, the Farberware name has stood for value, quality and durability. This commitment to the customer continues to this day. All of the Farberware products are designed with the consumer in mind and manufactured to the highest standards.

Features:
- Garnet exterior
- Removable lid for easy pouring and cleaning
- Handle features a ribbed surface for a comfortable grip
- Pushbutton lever allows for one-handed filling and pouring

Specifications:
- Capacity: 2.5 quarts / 11 cups / 80 ounces
- Stainless steel construction
- Silicone handle

**RECENTLY VIEWED ITEMS**



Farberware 72891 - Athena 3 Quart Tea Kettle in Black
$29.99



Farberware 72910 - Bella 2.5 Quart Tea Kettle in Garnet
$24.99

## WEIGHTS & DIMENSIONS:

| Item: | Weight: | Dimensions: |
|---|---|---|
| Bella 2.5 Quart Tea Kettle in Garnet | Unavailable | Unavailable |

## SEE SIMILAR PRODUCT IN:

- The Bella Collection from Farberware
- View all products from View All Farberware
- View all Teapots and Tea Kettles
- View all Tea Pots and Kettles
- View all Tea Kettles and Hot Pots

## PRODUCT REVIEWS:

Be the first to review this product. Write a Review

## FOR YOUR REFERENCE:

OUR SKU # FBR1270

| Customer Service | My Accounts | | |
|---|---|---|---|
| Contact Us | Sign In/Register |  |  |
| Shipping Policy | Shopping Cart | | |
| Orders to Canada | Order Status | | |
| Return Policy | Order History | | |
| Ordering Information | My Address Book | | |
| Our Guarantee | | | |

Case 1:09-cv-02570-HB-MHD Document 68-4 Filed 06/02/09 Page 8 of 10



design by short noodle soup




We Now Ship to Canada!

Millennium Autopour 2.5 Quart Kettle in White         Home | My Accounts |     **Shopping Cart ( 0 items )**

SEARCH: All Brands    FOR [     ]   GO!   ADVANCED SEARCH     Call Us Toll Free (800) 584-9095



✉ Email this product to a friend       🖨 Printable Version

**Farberware - Millennium Autopour 2.5 Quart Kettle in White**

This product has no reviews - Write A Review

**FREE SHIPPING!!**
Perfect for boiling hot water, this modern styled tea kettle is cool looking and quick heating. No more pushing buttons or levers! Designed with a weighted spout, the cap opens as you tip the kettle down and then... (See Full Description)

**OUR PRICE: $63.99**
Original Price: $84.99
**You Save: $21.00** (25%)
SKU #FBR1268
Seen this item for less?
**Usually ships in 3 to 5 days**



Enlarge Image

**PRODUCT DETAILS**

Manufacturer Details
Insights
Product Details
Weight & Dimensions
See Similar Products In
For Your Reference

**QUESTIONS? EMAIL US!**

Have any questions about this product? Send us an email.

**ALSO IN THIS COLLECTION**

The product you are viewing is part of The Millennium Collection, from Farberware.

Other collection items include



Farberware - Millennium Stainless Steel 12" Open Nonstick Skillet / Frying Pan
$44.99



Farberware - Millennium Soft Touch Stainless Steel 12 Piece Cookware Set
Free Shipping!
$129.95

Questions? Call us anytime at (800) 584-9095        Quantity: [1]    ADD ITEM TO CART

**Manufacturer Details:**

**Farberware** began in 1900 when S. W. Farber opened his workshop on Manhattan's Lower East Side. A master metal smith and inventor, Farber's company, **Farberware**, produces exceptional cookware, percolators, kitchen appliances and more.

Over... More on Farberware...

**Insights:**


Construction Quality    what's this?
Economical — — ● — — Premium


Shipping Damage    what's this?
Rarely — ● — — — Occasionally

## Product Details:

### Farberware 72904 - Millennium Autopour 2.5 Quart Kettle in White
Part of the Millennium collection (View full Millennium collection)

Perfect for boiling hot water, this modern styled tea kettle is cool looking and quick heating. No more pushing buttons or levers! Designed with a weighted spout, the cap opens as you tip the kettle down and then closes when you set it back upright all by itself. Founded over 100 years ago, the Farberware name has stood for value, quality and durability. This commitment to the customer continues to this day. All of the Farberware products are designed with the consumer in mind and manufactured to the highest standards.

Features
- White exterior
- Weighted spout which opens and closes by itself
- Quick heating
- Whistle sounds when water boils

Specifications:
- Capacity: 2.5 quarts / 11 cups / 80 ounces
- Stainless steel construction
- Silicone handle

## Weights & Dimensions:

| Item: | Weight: | Dimensions: |
|---|---|---|
| Millennium Autopour 2.5 Quart Kettle in White | Unavailable | Unavailable |

## See Similar Product In:

- The Millennium Collection from Farberware
- View all Tea Kettles and Hot Pots

## Product Reviews:

Be the first to review this product. Write a Review

## For Your Reference:

OUR SKU # FBR1268


Farberware - Millennium Nonstick Stainless Steel 10" Open Skillet / Frying Pan
$34.99


Farberware - Millennium Nonstick Stainless Steel 8" Open Skillet / Frying Pan
$24.99


Farberware - Millennium Autopour 2.5 Quart Kettle in Black
Free Shipping!
$63.99


Farberware - Millennium Soft Touch Nonstick Stainless Steel 10" Skillet
$34.95

See all 10 items in this collection