UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
FARBERWARE LICENSING COMPANY, LLC,          :
                                            :
         Plaintiff,                         :
                                            :       09-CV-2570 (HB and MHD)
    – against –                             :
                                            :       **ECF CASE**
MEYER MARKETING CO., LTD., MEYER            :
INTELLECTUAL PROPERTIES, LTD., and          :
MEYER CORPORATION, US,                      :
                                            :
         Defendants.                        :
                                            :
------------------------------------------------------------------ x

## PLAINTIFF'S NOTICE OF MOTION *IN LIMINE* TO PRECLUDE DEFENDANTS MEYER INTELLECTUAL PROPERTIES, LTD., AND MEYER CORPORATION, US'S EXPERT WITNESS NICHOLAS M. DIDOW, PH.D.

PLEASE TAKE NOTICE that, upon this Notice of Motion, the Declaration of Cem Ozer, dated July 16, 2009, with exhibit annexed thereto, the accompanying Memorandum of Law, dated July 16, 2009, and the prior pleadings and proceedings herein, Plaintiff Farberware Licensing Company, LLC ("FLC"), through its attorneys Bushell, Sovak, Ozer & Gulmi LLP, will move this Court before the Honorable Harold Baer, at Courtroom 23B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an Order precluding Defendants Meyer Intellectual Properties, Ltd., and Meyer Corporation, US from introducing the expert report and purported expert testimony of Nicholas M. Didow, Ph.D. for failing to meet and/or violating the requirements of Fed. R. Civ. P. 26(a)(2)(B), Fed. R. Evid. 403 and Fed. R. Evid. 702.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 6.1(b), answering papers are to be served on the undersigned within ten (10) business days of service of this motion.

Dated:   New York, New York
         July 16, 2009

                            BUSHELL, SOVAK, OZER & GULMI LLP

                            _____
                            Cem Ozer (CO 1718)
                            BUSHELL, SOVAK, OZER & GULMI LLP
                            60 East 42nd Street, Suite 2925
                            New York, New York 10165
                            Tel: 212-949-4700
                            Cozer@bushellsovak.com
                            *Attorneys for Plaintiff*
                            *Farberware Licensing Company, LLC*