UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
FARBERWARE LICENSING COMPANY, LLC,    :
:
       Plaintiff,    :
:   09-CV-2570 (HB and MHD)
  – against –    :
:   **ECF CASE**
MEYER MARKETING CO., LTD., MEYER    :
INTELLECTUAL PROPERTIES, LTD., and    :
MEYER CORPORATION, US,    :
:
       Defendants.    :
:
------------------------------------------------------------- x

**PLAINTIFF'S NOTICE OF MOTION *IN LIMINE* TO PRECLUDE INTRODUCTION OF EXTRINSIC EVIDENCE TO VARY, CONTRADICT, ADD TO, OR EXPLAIN THE INTEGRATED AND UNAMBIGUOUS TERMS OF THE JUNE 27, 1996 LICENSE AGREEMENT**

PLEASE TAKE NOTICE that, upon this Notice of Motion, the Declaration of Cem Ozer, dated July 20, 2009, with exhibits annexed thereto, the accompanying Memorandum of Law, dated July 20, 2009, and the prior pleadings and proceedings herein, Plaintiff Farberware Licensing Company, LLC ("FLC"), through its attorneys Bushell, Sovak, Ozer & Gulmi LLP, will move this Court before the Honorable Harold Baer, at Courtroom 23B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an Order precluding Defendants Meyer Intellectual Properties, Ltd., and Meyer Corporation, US ("Meyer") from introducing (1) extrinsic evidence in order to vary or contradict the June 27, 1996 License Agreement's (the "License Agreement") clear language prohibiting Meyer from bundling Prestige® cutlery and kitchen tools with Farberware® cookware sets and (2) extrinsic evidence in order to vary or contradict the License Agreement's clear language requiring Meyer to comply with the provisions of Article IV of the License Agreement with respect to

the Pink Cookware Set; and such other and further relief that this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 6.1(b), answering papers are to be served on the undersigned within ten (10) business days of service of this motion.

Dated:     New York, New York
           July 20, 2009

BUSHELL, SOVAK, OZER & GULMI LLP

           s/ Cem Ozer
           Cem Ozer (CO 1718)
BUSHELL, SOVAK, OZER & GULMI LLP
60 East 42nd Street, Suite 2925
New York, New York 10165
Tel: 212-949-4700
Cozer@bushellsovak.com
*Attorneys for Plaintiff*
*Farberware Licensing Company, LLC*

2