**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------- x

| | |
|---|---|
| FARBERWARE LICENSING COMPANY, LLC, | :      No. 09 CV 2570 (HB) (MHD) |

FARBERWARE LICENSING COMPANY,
LLC,

            Plaintiff,

- *against* -

MEYER MARKETING CO., LTD., MEYER
INTELLECTUAL PROPERTIES, LTD., and
MEYER CORPORATION, U.S.,

            Defendants.

---------------------------------------------------------------------------- x

## <u>DECLARATION OF BOBBY J. CALDER, PhD.</u>

I, Bobby J. Calder, hereby declare as follows:

1.　　I am the Kellstadt Professor of Marketing and Psychology at the Kellogg School of Management at Northwestern University in Evanston, Illinois.  As such, I teach MBA level courses and conduct research in the areas of marketing planning/research and the analysis of consumer behavior.  I have been a consultant to many companies (including Aetna, Baxter, Bristol-Myers Squibb, Cemex, Coca-Cola, General Electric, General Motors, Hearst, and Kraft), as well as government agencies and not-for-profit organizations (such as the Census Bureau, the Environmental Protection Agency, the United Way, and the US Army).  My most recent books are Kellogg on Advertising and Media (Wiley, 2008) and previously Kellogg on Integrated Marketing (Wiley, 2003).  I have been qualified as an expert witness in several legal cases and have provided report, deposition, and trial testimony.  My curriculum vitae is attached as Exhibit A to this declaration.

2.　　I have been asked in this matter to give an opinion as to the validity of the conclusion reached in this case by Dr. Thomas J. Maronick and of the research he relies on for his opinions.  Dr. Maronick's conclusion is that "Thus, to the extent that the items included in the

advertisements and/or depicted on the package are not Farberware products, the consumer is being misled as to their origin and/or the association between Farberware and the little-know Meyer Prestige brand (p. 4)."  He bases this conclusion on five internet survey studies in which respondents are asked a series of questions about advertisements or package depictions.  In my opinion both Dr. Maronick's conclusion and studies are flawed.  In this report, I will give my opinion that, in his approach to this case, Dr. Maronick (a) violates two basic principles of marketing knowledge about consumer behavior, (b) designs his studies in a biased way, and (c) reaches a conclusion that is not justified by the research or existing marketing knowledge.

3.      My conclusion is that ordinary consumers would not be confused by the presentations of the Farberware and Prestige brands at issue.  It is my opinion that the "confusion" that Dr. Maronick finds in his studies is in fact produced by the methodology he employed, most notably the use of leading questions, and would not exist in actuality.  Further, as explained below, for consumers to be confused about the difference between two products, they first have to be concerned about the existence of a difference and be thinking about it.  Based on my experience and knowledge of marketing, I do not believe that this would be the case with the product presentations at issue.

### Flawed Methodology

4.      Dr. Maronick's studies are flawed in the execution of the surveys.  One problem is with question wording.  In the first study, respondents were asked, "Based on what is said or suggested in the ad, who makes the '12 piece set' shown in the ad? (p. 80).  Besides forcing people to make an inference they likely would not have even thought about, the wording "suggested" further invites speculation.  It implies that the respondent ought to be able to answer and should have an answer.  Also, the phrase "who makes the '12 piece set' implies that there is one maker.

5.     Another problem with the surveys is question order.   In the first study, respondents are asked "what company is the name 'Prestige' associated with?  The question wording is again biasing in that Prestige is by definition associated with other things in the ad, especially other product names like Farberware, so it is unclear what the answer means.  Beyond this, the question before this asks respondents the same thing with the name AFFINITI. Since AFFINITI is juxtaposed to Farberware, the two are clearly "associated."   Having given the answer Farberware in the prior question creates a bias to give it in the Prestige question following it.

6.     The first study finds that "85% of respondents believe that Farberware is the source of the entire 12-piece set" and 78.1% of respondents believe Farberware is the only brand of kitchenware being offered.  In my opinion, this finding can best be interpreted as attributable to the type of limited processing (see below) one would expect by consumers.  It does not follow that consumers are confused.

7.     The other four studies are flawed in the same way.   The second study, for example, asked:   "Based on what is said or suggested in the ad, what brand or brands of kitchenware (pots and pans, cutlery, kitchen utensils, bakeware) is/are being offered in the ad?" The headline of the ad mentions Farberware and 9 bonus items.  The response to the question is thus Farberware for 91.5% of respondents.  Then respondents were asked about who makes the "9 bonus item included in the set of cookware."  Having answered Farberware in the previous question no doubt disposed respondents to answer Farberware to this second question.  And the wording of the question, referring to "the set of cookware" further suggests that the answer should be one name.

8.      Underlying the problems of question wording and question order in the surveys is a more fundamental error in reasoning. Dr. Maronick, incorrectly in my opinion, *assumes* that consumers were confused by the product information at issue and tries to demonstrate this in the surveys.  His reasoning is flawed, however.  He asks people to make inferences about product origin and association in order to show they cannot or that they make errors.  But there is no reason to assume that consumers are making such inferences in the marketplace.  By asking respondents questions about origin and association, the methodology forces them to make inferences and thus to appear "confused."  *In fact they are merely guessing because they were asked to guess.*  Since the marketer did not intend for consumers to think at such a high level and therefore did not address the answers to these questions in the product presentation, respondents have trouble making the required inferences.  The answers to the survey questions reflect forced guessing required to answer the questions rather than consumer confusion in the marketplace (such as asking the consumer to look for a "suggestion).

## Two Basic Marketing Principles

9.      Dr. Maronick in effect begins his analysis with the assumption that the product presentations at issue will confuse consumers about the origins of and association between the Farberware and Prestige brands.  This assumption runs afoul of two well-known principles of marketing knowledge about consumer behavior.

10.      The first principle is that consumers do not necessarily think about products in great depth.  Consumers can process product information at a variety of levels.  This is often conceived of as a hierarchy - consumer may only pay attention briefly and broadly to the information.  Or at a higher level they may learn and be able to recall elements of the information.  Or at a still higher level they may think about the information and make inference from it or generate their own original thoughts.  While product information could be confusing at

any level, the type of confusion that Dr. Maronick assumes about inferences as to origins and associations of detailed elements of the product information could only occur with very high level consumer thinking. It is my opinion that (a) there is no reason to think that consumers were processing the information at the level of trying to make inferences about the products presented and (b), relatedly and even more importantly, if some consumers were processing the information at this level there is no reason to assume that inferences about the origin and association of the products would be something that they would care about. In other words, consumers would be unlikely to be confused about the product information at issue because they would be unlikely to have tried to make inferences about origin and association. *This underscores my above conclusion that in the surveys, respondents were merely guessing because they were asked to guess about things they would not otherwise have been motivated to think about.*

11.     A further point is that even if consumers did try to make inferences about origin and association, they most likely would not have been confused in the sense of making an incorrect inference but more likely would have realized that they could not make an inference based on the information provided. If this were important to the consumer, it might constitute a negative factor in their decision-making, but it would not constitute confusion.

12.     A second marketing principle buttresses my opinion that consumers would not have been motivated to try to make inferences about origin and association of products presented and would not have been confused if they did. The principle is that consumers are used to products being bundled together and knowledgeable about this. Consumers see products bundled together in stores, in promotions (e.g. bonus offers), servings (e.g. a Happy Meal) everywhere. They realize that there is not necessarily a connection between the products.

Moreover, they realize that whether it is worth thinking about a connection depends on the nature of the bundle.  If the bundle is being marketed with the idea of the products being connected (as with a common origin), then they know to consider this.  If the bundle is not being marketed with the idea of the products being connected, the consumer ordinarily would not be motivated to try to make inferences about possible connections.  (Or again, if they did, and did not have sufficient information, they would realize this.)

13.    Therefore, in my opinion the product presentations at issue are unlikely to have been confusing.  Consumers would have had no motivation to try to make inferences about minor products included in the bundles, and as such, they were in all likelihood responding to a suggestion the in the question.  Since the products were not being marketed with the message that a common origin or association was important, consumers would not have thought about this and if they did, would have realized that they lacked the information to make an inference.

14.    A final point in this regard, it is apparent to me as a marketer that if Meyer's intent was to market the bundled products based on common origin, it would have emphasized this much more in the product information.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 27, 2009

_____
Bobby J. Calder, PhD.

CHICAGO\2668622.4
ID\TKS - 097735/0013

# VITAE

## Bobby James Calder

**Office**                                                                                    **Home Address**

Department of Marketing                                                    1509 Asbury Avenue
Kellogg Graduate                                                      Evanston, Illinois 60201
School of Management                                                            (847) 864-1299
Northwestern University
Evanston, Illinois 60208
(847) 491-2715  calder@nwu.edu

## Personal Information

| | |
|---|---|
| Date of Birth | September 6, 1944 |
| Citizenship: | U.S.A. |
| Marital Status: | Married |

## Education

Ph.D.        University of North Carolina at Chapel Hill, August 1970
             Major Field:  Social Psychology
             Minor Field:  Psychometrics
Thesis:              "Cognitive Constraints and Attitudes"

M.A.         University of North Carolina at Chapel Hill, January 1970
             Major Field:  Social Psychology
             Minor Field:  Psychometrics

A.B.         University of North Carolina at Chapel Hill, Honors, June 1966
             Major Field:  Psychology
             Minor Field:  Economics

**Exhibit A**

2

## Positions

| | |
|---|---|
| 1993 | The Charles H. Kellstadt Distinguished Professor of Marketing and Professor of Psychology, Kellogg Graduate School of Management, Northwestern University<br>Professor of Journalism, Medill School of Journalism, Northwestern University |
| 1986-1993 | The A. Montgomery Ward chaired Professor of Marketing and Professor of Psychology, Northwestern University |
| 1978-1986 | Professor of Marketing and Professor of Psychology, Northwestern University |
| 1975- | Associate Professor of Marketing and Associate Professor 1978 of Psychology, Northwestern University |
| 1974- | Associate Professor of Marketing and Organizational 1975 Psychology, The Wharton School, University of Pennsylvania |
| 1973-1974 | Director of Organizational Research, National Analysts, a subsidiary of Booz, Allen & Hamilton, Inc. (on leave, University of Illinois, promoted to Associate Professor with tenure) |
| 1972-1973 | Assistant Professor of Business Administration and Psychology |
| 1970-1971 | Postdoctoral Fellow, joint appointment in the L.L. Thurstone Psychometric Laboratory and the social psychology program, University of Northern Carolina at Chapel Hill. |
| 1969-1970 | U.S. Public Health Service Predoctoral Research Fellow, under the sponsorship of Chester A. Insko and John Thibaut, University of North Carolina. |

3

## Professional Affiliations

      Association for Consumer Research
      American Marketing Association
      American Psychological Association

## Major Publications
(not including conference proceedings).

      With Mathew Issacs, "Should You Measure Product Satisfaction or Product Happiness," Journal of Marketing Research, in review.

      With Alice Wang. "Media Engagement and Advertising: Transportation, Matching, Transference, and Intrusion," Journal of Consumer Psychology, under third revision review.

      With John Sailors, "The Product Stereotyping Effect," Journal of Marketing Research, under second revision review.

      With Edward Malthouse and Ute Schaedel. "Engagement with Online Media and Advertising Effectiveness," Journal of Interactive Marketing, in review.

      With Edward Malthouse. "Leveraging Media-Advertisement Experiential Congruence," In Patrick De Pelsmacker and Nathalie Dens (eds), Advertising Research: Message, Medium, and Context, Garant, 2009.

      Edited Kellogg on Advertising and Media, Wiley 2008.

            With Edward Malthouse, "Media Engagement and Advertising Effectiveness." In Kellogg on Advertising and Media, Wiley 2008, pp 1-36.

            With Richard Kolsky, "The Integration of Advertising and Media Content: Ethical and Practical Considerations." In Kellogg on Advertising and Media, Wiley 2008, pp 266-281.

            With Charles Spinosa, 'Communicating with Customers." In Kellogg on Advertising and Media, Wiley 2008, pp 226-253.

4

With Edward Malthouse, Media Brands and Consumer Experiences.  In Media Brands and Branding, Jonkoping International Business School, Sweden, 2008, pp 89-94.

With Edward Malthouse.  "Media Engagement and Integrated Marketing," Nikkei Journal of Advertising, 2007, pp 3-7.

 "The Future of Online Advertising." In Joe Plummer, Steve Rappaport, Taddy Hall, and Robert Barocci (eds), The Online Advertising Playbook: Proven Strategies and Tested Tactics from the Advertising Research Foundation, Wiley, 2007.

With Edward Malthouse. "The Effects of Media Context Experiences on Advertising," Journal of Advertising, 36, 2007, pp 7-18.

With Alice Wang, "Media Transportation and Advertising," Journal of Consumer Research, 33, 2006, pp 151-162.

With Edward Malthouse.  "The Demographics of Newspaper Readership: Predictors and Patterns of U.S. Consumption," Journal of Media Business Studies, 3, 2006, pp 1-18.

With Edward Malthouse. "Managing Media and Advertising Change with Integrated Marketing," Journal of Advertising Research, 43, 2005, pp 356-361.

"Designing Brands." In Alice Tybout and Tim Calkins (eds), Kellogg on Branding, Wiley, 2005, pp 27-39.

With Edward Malthouse, "Relationship Branding and CRM."  In Alice Tybout and Tim Calkins (eds), Kellogg on Branding, 2005, pp 150-168.

With Edward Malthouse, "Experiential Engagement with Online Content Web Sites and the Impact of Cross-Media Usage." Worldwide Readership Research Symposium, 2005, 459- 478.

5

With Mercedes Delgato. Mexico. In R, Crane (ed), <u>Latin American Business Cultures</u>, Prentice Hall, 2005.

With Edward Malthouse and K. Kobayashi," Integrated Marketing and Customization," <u>The Aoyama Business Journal</u> (Japan), 2005, 39.

With Edward Malthouse, J. Oakley, and D. Iacobucci. "Customer Satisfaction across Organizational Units." <u>Journal of Service Research</u>, 6, 2004, 231-242.

With Edward Malthouse, "Qualitative Media Measures: Newspaper Experiences," <u>International Journal of Media Management</u>, 2004, 6, pp 124-131.

With Edward Malthouse, "Qualitative Effects of Media on Advertising Effectiveness." <u>WAM,</u> ESOMAR, 2004.

With Edward Malthouse, "The Behavioral Score Approach to Dependent Variables," <u>Journal of Consumer Psychology</u>, 13, 2003, 387-94.

Edited with D. Iacobucci (eds). <u>Kellogg on Integrated Marketing</u>, Wiley, 2003.

    With Edward Malthouse . "What Is Integrated Marketing?" In <u>Kellogg on Integrated Marketing</u>, Wiley, 2003.

    With Maria Flores and Charles Spinsosa. "Viral Marketing." In <u>Kellogg on Integrated Marketing</u>, Wiley, 2003.

    With Andrew Razeghi. "Using Interaction Maps to Create Brand Relationships." In <u>Kellogg on Integrated Marketing</u>, Wiley, 2003.

    With Eric Berggren and Richard Kolsky. "Integrated Marketing and the Web. In <u>Kellogg on Integrated Marketing</u>," Wiley, 2003.

With Edward Malthouse and Wayne Eadie, "Conceptualizing and Measuring Magazine Experiences and Readership." <u>Worldwide Readership Research Symposium</u>, 2003, 285-306.

6

With Edward Malthouse, "Measuring Newspaper Readership: A Qualitative Variable Approach," International Journal of Media Management, 2002, **4,** 248-260.

With Dawn Iacobucci, Edward Malthouse, and Adam Duhachek. "Did You Hear? Consumers Tune into Multimedia Marketing." Marketing Health Services, 2002, 16-20.

With Steve Reagan. "Brand Design." In Kellogg on Marketing, Wiley, 2000.

"Understanding Consumers."  In Kellogg on Marketing, Wiley, 2000.

With  Alice Tybout.  "A vision of theory, research, and the future of business schools" Journal of the Academy of Marketing, Summer, 2000.

With Maria Flores and Charles Spinosa.  Taking An Expanded View of Customers' Needs: Qualitative Research for Aiding Innovation," Marketing Research, Winter, 2000, 4-11.

With D. Iacobucci and A. Avery.  "New media interactive advertising vs traditional Advertising, Journal of Advertising Research," 38, 1998, 23-32.

With G. Henderson and D. Iacobucci.  "Using consumer associative networks." European Journal of Operational Research, 1998.

With Edward Malthouse and Michelle Peterman. Expanding the Market for the Arts, Center for Cultural Marketing, 1996.

"Qualitative marketing research."   In R. Bagozzi (ed.), Handbook of Marketing Research. London: Blackwell, 1993.

With B. Sternthal and A. Tybout. "Experimental design: Generalization and Theoretical Explanation." In R. Bagozzi (ed.), Handbook of Marketing Research. London: Blackwell, 1993.

7

With L. Gruder.  "Emotional advertising appeals."  In A. Tybout, R.P. Cafferatta (eds.), Advertising and Consumer Psychology.  Hillsdale, NJ: Erlbaum, 1989.

With A. Tybout. " Interpretive, qualitative, and traditional scientific empirical consumer behavior research."  In E. Hirschman (ed.), Interpretive Consumer Research.  Provo, UT:  Association for Consumer Research, 1989.

With A. Tybout.  "What consumer research is..." Journal of Consumer Research, 14, June 1987, 136-140.

With B. Sternthal and A. Tybout.  "Confirmatory versus comparative approaches to theory testing." Journal of Consumer Research, 14, June 1987, 114-125.

With L. Sandelands. "Perceptual organization in task performance." Organizational Behavior and Human Decision Processes, 40, 1987, 287-306.

"Exploratory, clinical and interaction centered focus groups."  Journal of Data Collection, 1986, 26 24-28.

With P. Schurr.  "Psychological effects of restaurant meetings on industrial buyers."  Journal of Marketing, 1986, 50, 87-97.

With S. LaTour.  "Strategic marketing:  A new methodology."  In P. Friend and J. Shiver (eds.), Freestanding Emergency Centers.  Aspen, 1985.

With K. Fox.  "The right kind of business advocacy."  Business Horizons, January, 1985.

With L. Sandelands.  "Referencing and bias in social interaction."  Journal of Personality and Social Psychology, 1984, 46, 755-762.

With L. Phillips, and A. Tybout.  "Designing research for application." Journal of Consumer Research, September 1981, 197-207.  Reprinted in Raymond Fisk and Stephen Brown (eds.), Distinguished Essays in Marketing Theory. N.Y.:  Wiley & Sons, 1983.  Reprinted in D. Schroeder, D. Johnson, T. Jensen

8

(eds.), <u>Contemporary Readings in Social Psychology</u>, Chicago:  Nelson-Hall, 1985.

With L. Phillips and A. Tybout.  Beyond external validity.  <u>Journal of Consumer Research</u>, June 1983, 112-14.

With A. Tybout and B. Sternthal.  Information availability as a determinant of multiple request effectiveness.  <u>Journal of Marketing Research</u>, August 1983, 280-90.

With J. Bjorling, Marketing Research for Better Planning.  <u>Hospital Management Quarterly,</u> Fall 1980.

With J. Bjorling.  Marketing Research for Better Planning.  <u>Hospital Management Quarterly,</u> Spring 1981.

With L. Phillips and A. Tybout.  The concept of external validity.  <u>Journal of Consumer Research</u>, December 1982, 240-44.

With K. Hennigan, <u>et al</u>.  Impact of the introduction of television on crime in the United States:  Empirical findings and theoretical implications.  <u>Journal of Personality and Social Psychology</u>, 1982, <u>42</u>, 461-477.

With Amy Marks.  <u>Attitudes Toward Death and Funerals</u>.  Evanston, IL: National Research and Information Center, 1982.

With P. Schurr.  Attitudinal processes in organizations.  In L. Cummings and B. Staw (eds.), <u>Research in Organizational Behavior</u>, Vol. 3. JAI Press, 283-302, 1981.

With A. Tybout and B. Sternthal.  Using information processing theory to design marketing strategies.  <u>Journal of Marketing Research</u>, February 1981, 73-79.

With L. Phillips.  Evaluating consumer protection laws:  II. Promising methods.  <u>The Journal of Consumer Affairs</u>, 1980, <u>14</u>, 9-36.

With B. Sternthal.  Television commercial wearout:  An information processing view.  <u>Journal of Marketing Research</u>, May 1980, <u>17</u>, 173-86.

9

The focus group technique and qualitative research in organizations. In Edward E. Lawler, David A. Nadler, and Cortlandt Cammann (eds.), Organizational Assessment: Perspectives on the Measurement of Organizational Behavior, 1980.

With L. Phillips. Evaluating consumer protection programs: Part I. Weak but commonly used research designs. The Journal of Consumer Affairs, 1979, 13, 157-185.

When attitudes follow behavior--A Self-perception/dissonance interpretation of low involvement. In J. Maloney (ed.), Attitude Research Plays for High Stakes. Chicago: American Marketing Association, 1979, 25-36.

When B. Staw and L. Sandelands. Intrinsic motivation and norms about payment. Journal of Personality, 1979.

The role of "entertainment" in organizational buying decisions. In R. Bagozzi (ed.), Sales Management: New Directions from Behavioral and Decision Model Research, 1978.

A methodology for research on organizational buying behavior. In Thomas Bonoma and Gerald Zaltman (eds.), Organizational Buying Behavior, American Marketing Association, 1978, 77-83.

With B. Oliver and M. Bariff. Behavioral research on accounting. The Accounting Journal, 1977, 1, 30-39.

Attribution theory: Phenomenology or science? Personality and Social Psychology Bulletin, 1977, 4, 612-616.

Structural role analysis of organizational buying: A preliminary investigation. In A. Woodside, et al. (eds.), Foundations of Consumer and Industrial Buying Behavior. New York: Elsevier, 1977.

With K. Rowland. STIMULI: A Fortran IV program for presenting optimally ordered paired-comparison stimuli. Journal of Marketing Research, 1977, 14, 410.

With M. Ross. Sexual discrimination and work performance. Personality and Social Psychology Bulletin, 1977, 3, 429-433.

10

Exogenous-endogenous versus internal-external attributions:  Some implications for the development of attribution theory.  Personality and Social Psychology Bulletin, 1977, 3, 400-406.

With R. Burnkrant.  Interpersonal influence on consumer behavior:  An attribution theory approach.  Journal of Consumer Research, 1977, 4, 29-38.

Focus groups and the nature of qualitative marketing research.  Journal of Marketing Research, 1977, 14, 353-364.

An attribution theory of leadership.  In B. Staw and J. Salancik (eds.), New Directions in Organizational Behavior.  Chicago:  St. Clair Press, 1977.

With K. Rowland and H. Leblebici.  The use of scaling and cluster techniques in investigating the social structure of organizations.  In L. Pondy, et al. (eds.), The Management of Organizational Design, Vol. II, Research and Methodology.  New York:  Elsevier, 1976.

With Michael Ross.  Attitudes:  Theories and issues.  In J. Thibaut, J. Spence, and R. Carson (eds.), Contemporary Topics in Social Psychology.  New York:  General Learning Press, 1976.

With Gerald Salancik, Kendrith Rowland, Huseyin Leblebici, and Mary Conway.  Leadership as an outcome of social structure and process:  A multidimensional analysis.  In J. Hunt and L. Larson (eds.), Frontiers of Leadership.  Carbondale:  Southern Illinois University Press, 1975.

With Thomas Robertson and John Rossiter.  Children's consumer information processing.  Communications Research, 1975, 2, 307-316.

With Barry M. Staw.  The interaction of intrinsic and extrinsic motivation:  Some methodological notes.  Journal of Personality and Social Psychology, 1975, 31, 76-80.

With Barry Staw.  The self-perception of intrinsic and extrinsic motivation.  Journal of Personality and Social Psychology, 1975, 31, 559-605.

An analysis of the Jones, Davis, and Gergen attribution paradigm.  Representative Research in Social Psychology, 1974, 5, 55-59.

11

Information cues and attributions based on role behavior.   Journal of Experimental Social Psychology, 1974, 10, 121-125.

With Chester A. Insko and Ben Yandell.   The relation of cognitive and memorial processes to persuasion in a simulated jury trial.  Journal of Applied Social Psychology, 1974, 4, 62-93.

Cognitive consistency and consumer behavior.   In H. Kassarjian and T. Robertson (eds)., Perspectives in Consumer Behavior.  Scott, Foresman and Co., revised edition, 1973.

With Michael Ross.  Attitudes and Behavior.  General Learning Press, 1973.

With Michael Ross and Chester A. Insko.   Attitude change and attitude attribution.  Journal of Personality and Social Psychology, 1973, 25, 84-99.

With Amnon Rappaport.  Are inventory decisions optimal?  In H. Sauerman (ed.), Contributions to Experimental Economics, Vol. III, 1973.

With Thomas D. Cook, et al.  Demand characteristics and three conceptions of the frequently deceived subject.  Journal of Personality and Social Psychology, 1970, 14, 185-194.

With William Melson and Chester A. Insko.  The social psychological status of reward.  Psychonomic Science, 1969, 17, 240-242.