**OZER DECLARATION
(MOTION *IN LIMINE* – PORET)**

# EXHIBIT B





EXHIBIT
Porat
#8
7-20-09

| | Description | Item # | M.S.R.P. | Our Price | Add to Cart |
|---|---|---|---|---|---|
| | pans needed to equip your kitchen with the most used cooking pieces. Use the saucepans for warming a homemade sauce or cooking your morning oatmeal, use the stockpot for simmering soups and stews or boiling pasta, and use the skillets (probably the most used pan in any kitchen) for making everything from juicy burgers to hearty cheese and veggie omelets. Includes: 1, 1.5, and 2qt. Covered Saucepans, 6qt. Covered Stockpot, 9" and 10.5" Skillets, Prestige® Slotted Spoon and Slotted Turner. Special Offer(s): Free Shipping | 05063 | $179.99 | $129.99 | ADD TO CART |
| | **Farberware Affiniti 12 Piece Set - Bronze** This premium nonstick cookware set is an exceptional value, including all of the pans needed to equip your kitchen with the most used cooking pieces. Use the saucepans for warming a homemade sauce or cooking your morning oatmeal, use the stockpot for simmering soups and stews or boiling pasta, and use the skillets (probably the most used pan in any kitchen) for making everything from juicy burgers to hearty cheese and veggie omelets. Includes: 1, 1.5, and 2qt. Covered Saucepans, 6qt. Covered Stockpot, 9" and 10.5" Skillets, Prestige® Slotted Spoon and Slotted Turner. Special Offer(s): Free Shipping | 05065 | $179.99 | $129.99 | ADD TO CART |
| | **Farberware Affiniti 12 Piece Set - Grey** This premium nonstick cookware set is an exceptional value, including all of the pans needed to equip your kitchen with the most used cooking pieces. Use the saucepans for warming a homemade sauce or cooking your morning oatmeal, use the stockpot for simmering soups and stews or boiling pasta, and use the skillets (probably the most used pan in any kitchen) for making everything from juicy burgers to hearty cheese and veggie omelets. Includes: 1, 1.5, and 2qt. Covered Saucepans, 6qt. Covered Stockpot, 9" and 10.5" Skillets, Prestige® Slotted Spoon and Slotted Turner. Special Offer(s): Free Shipping | 05064 | $179.99 | $129.99 | ADD TO CART |
| | **Farberware Affiniti 12 Piece Set - Black** This premium nonstick cookware set is an exceptional value, including all of the pans needed to equip your kitchen with the most used cooking pieces. Use the saucepans for warming a homemade sauce or cooking your morning oatmeal, use the stockpot for simmering soups and stews or boiling pasta, and use the skillets (probably the most used pan in any kitchen) for making everything from juicy burgers to hearty cheese and veggie omelets. Includes: 1, 1.5, and 2qt. Covered Saucepans, 6qt. Covered Stockpot, 9" and 10.5" Skillets, Prestige® Slotted Spoon and Slotted Turner. Special Offer(s): Free Shipping | 05063 | $179.99 | $129.99 | ADD TO CART |

### Farberware Classic Series:

| | Description | Item # | M.S.R.P. | Our Price | Add to Cart |
|---|---|---|---|---|---|
| | **Farberware Classic Series 17 Piece Set** If you have a large family or lots of dinner parties this is for you! The "full cap" base has an aluminum core for even heating and the stainless steel body offers lasting beauty. The handles are a traditional style that works in the most modern kitchens. Plus, two pieces of quality bakeware! This huge set is the most economical way to equip your kitchen. Special Offer(s): Free Shipping | 71238 | $169.99 | $169.99 | ADD TO CART |
| | **Farberware Classic Series 15 Piece Set** If you have a large family or lots of dinner parties, this is for you! The "full cap" base has an aluminum core for even heating, and the stainless steel body offers lasting beauty. The handles are a traditional style that works in the most modern kitchens. This huge set is the most economical way to equip your kitchen. Special Offer(s): Free Shipping | 50049 | $149.99 | $149.99 | ADD TO CART |
| | **Farberware Classic Series 15 Piece Set** If you have a large family or lots of dinner parties this is for you! The "full cap" base has an aluminum core for even heating and the stainless steel body offers lasting beauty. The handles are a traditional style that works in the most modern kitchens. Plus, two pieces of quality bakeware and three nylon cooking tools! This huge set is the most economical way to equip your kitchen. Special Offer(s): Free Shipping | 71987 | $119.99 | $119.99 | ADD TO CART |
| | **Farberware Classic Series 15 Piece Set** This expanded set contains all of the basic pans that you need plus accessories that you'll reach for time and again. The "full cap" base has an aluminum core for even heating and the stainless steel body offers lasting beauty. This set also features several pieces with a straining feature—a clever design for straining, pouring or draining foods. Special Offer(s): Free Shipping | 70757 | $149.99 | $99.99 | ADD TO CART |
| | **Farberware Classic Series 10 Piece Set** If you have a large family or lots of dinner parties this is for you! The "full cap" base has an aluminum core for even heating and the stainless steel body offers lasting beauty. The handles are a traditional style that works in the most modern kitchens. Special Offer(s): Free Shipping | 71237 | $79.99 | $79.99 | ADD TO CART |

### Farberware Accents:

| | Description | Item # | M.S.R.P. | Our Price | Add to Cart |
|---|---|---|---|---|---|
| | **Farberware Accents 10 Piece Set - Silver** This cookware set is an exceptional value, including all of the pans needed to equip your kitchen with the most used cooking pieces. As the set contains only basic pieces, you'll really use each and every pan. It includes saucepans for whisking a homemade sauce or cooking your morning oatmeal, a big stockpot for soups, stews or boiling pasta, and skillets (probably the most used pan in any kitchen) that will help you turn out perfect crepes or a simple grilled cheese sandwich. Special Offer(s): Free Shipping | 20691 | $79.99 | $79.99 | OUT OF STOCK |
| | **Farberware Accents 10 Piece Set - Red** | | | | |