```
                                          ╔═══════════════════════════╗
                                          ║ USDS SDNY                 ║
                                          ║ DOCUMENT                  ║
                                          ║ ELECTRONICALLY FILED      ║
UNITED STATES DISTRICT COURT              ║ DOC #: _____      ║
SOUTHERN DISTRICT OF NEW YORK             ║ DATE FILED: _____   ║
------------------------------------------╚═══════════════════════════╝
```

IN THE MATTER OF AN APPLICATION          :    09-CV-2570 (HB and MHD)
TO BRING AN ELECTRONIC DEVICE(S)         :
INTO THE DANIEL PATRICK MOYNIHAN         :    **ECF CASE**
UNITED STATES COURTHOUSE                  :
FOR USE IN A TRIAL OR PROCEEDING         :    **ORDER**
                                          :
------------------------------------------------------------- x

HAROLD A. BAER, JR., Judge, in connection with an action entitled *Farberware Licensing Company, LLC v. Meyer Marketing Co., Ltd., Meyer Intellectual Properties, Ltd.,* and *Meyer Corporation, US*, 09-CV-2570, hereby authorizes the following attorneys to bring certain electronic equipment as described below into the Courthouse for use in the action. The proceeding is anticipated to begin on August 17, 2009 and conclude on August 28, 2009.

ATTORNEY NAME                    EQUIPMENT DESCRIPTION

1.    Cem Ozer                   BlackBerry Curve 8330 and Dell laptop

2.    Dean A. Dickie             BlackBerry, I-Phone, and Dell laptop

The attorneys identified in this Order must present a copy of this Order when entering the Courthouse. By bringing equipment into the Courtroom, the attorneys certify that the electronic devices will not be used to send or receive wireless transmissions, create, record, or broadcast visual images or sounds or alternatively, that any such capability has been disabled. The attorneys also certify that the devices will not be used by any other person other than a member of his own trial team.

Dated:  8/11/09
        New York, New York

APPROVED                                          SO ORDERED:

_____          _____
DISTRICT EXECUTIVE                        Harold Baer, Jr., U.S.D.J.

CHICAGO\2739951.1
ID\HLK - 097735/0013