USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **2 8 JAN 2010**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------x
FARBERWARE LICENSING COMPANY, LLC,  :  NOTICE OF APPEAL

    Plaintiff,  :  No. 09 CV 2570 (HB) (MHD)

  - *against* -  :

MEYER MARKETING CO., LTD., MEYER  :  ECF CASE
INTELLECTUAL PROPERTIES, LTD., and
MEYER CORPORATION, U.S.,  :

    Defendants.  :x
---------------------------------------------

Notice is hereby given that Meyer Intellectual Properties Limited and Meyer Corporation, U.S., Defendants in the trial court, hereby appeal to the United States Court of Appeals for the Second Circuit from the portion of the trial court's order denying the Defendants' motion for attorneys' fees for an exceptional case under Section 35 of the Lanham Act, entered on December 29, 2009. See 12/30/09 Order (Dkt. #183), Ex. A hereto, at 1-4.

The parties to the Order appealed from and the names, addresses, telephone numbers, and e-mail addresses of their respective attorneys are as follows:

*Attorneys for Plaintiff-Appellee Farberware Licensing Company, LLC*
  Christopher J. Sovak
  Cem Ozer
  Victor C. Bushell
  BUSHELL, SOVAK, OZER & GULMI, LLP
  60 East 42nd Street, Suite 2925
  New York, NY 10165
  Phone: (212) 949-4700
  csovak@bushellsovak.com

*Attorneys for Defendants-Appellants Meyer Intellectual Properties Limited and Meyer Corporation, U.S.*
  Dean A. Dickie
  MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
  225 West Washington Street, Suite 2600
  Chicago, IL 60606
  Phone: (312) 460-4227
  dickie@millercanfield.com

Dated: January 27, 2010

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: *[signature]*
Dean A. Dickie
225 West Washington Street, Suite 2600
Chicago, Illinois 60606
Phone: (312) 460-4227
Fax: (312) 460-4288
*Attorneys for Defendants Meyer Intellectual Properties Limited and Meyer Corporation, U.S.*